# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-02938-RGK-PD | Date | September 23, 2021 |
|---|---|---|---|
| Title | *TIMOTHY BURKE v. RENEW FINANCIAL GROUP, INC.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams (Not Present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER Dismissing Action**

On April 5, 2021, Timothy Burke, as Trustee of the Norman Dale Burke Revocable Living Trust ("Plaintiff") filed a Complaint against Renew Financial ("Renew"), County of Los Angeles, A Perfect View Builders, The Wizard of Construction, and Oz Mizrahi (collectively, "Defendants"). Plaintiff alleged the following claims: (1) TILA Violation under 15 U.S.C. §§ 1601, *et seq.* ("TILA"); (2) Violation of Consumer Legal Remedies Act under Civil Code §§ 1750, *et seq.*("CLRA"); (3) Cancellation of Contract; (4) Rescission; (5) Fraud; (6) Unfair Business Practices under Business & Professions Code § 17200; (7) Intentional Misrepresentation; (8) Elder Abuse; and (9) Cancellation of Taxes.

On June 18, 2021, A Perfect View, Wizard of Construction, and Oz Mizrahi filed a Motion to Dismiss. On August 13, 2021, the Court granted in part the motion, dismissing the TILA, CLRA, and Cancellation of Taxes claims. On September 15, 2021, pursuant to Plaintiff's request, the Court dismissed Defendants Renew and County of Los Angeles. As a result, the only defendants that remain in the action are A Perfect View Builders, The Wizard of Construction, and Oz Mirahi. The only claims that remain in the action are the following state claims: Cancellation of Contract, Rescission, Fraud, Unfair Business Practices, Intentional Misrepresentation, and Elder Abuse. The Complaint states that Plaintiff is a citizen of California, and the remaining defendants in the action are also citizens of California. (Compl., ¶¶ 1 and 11-13.) As there is no complete diversity of citizenship, the only basis for federal jurisdiction was the TILA claim, which has now been dismissed.

Based on the foregoing, the Court, in its discretion, will not exercise supplemental jurisdiction over the remaining state claims, and dismisses this action for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

: _____

Initials of Preparer _____